IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY, ) ) ) ) | Civil Action No. 1:20-cv-18-WO-LPA |

OHIO SECURITY INSURANCE          )     Civil Action No. 1:20-cv-18-WO-LPA
COMPANY and THE OHIO CASUALTY    )
INSURANCE COMPANY,               )
                                 )
                    Plaintiffs,  )
                                 )
v.                               )
                                 )
EKS WALL SYSTEMS, INC.,          )
CENTERPOINTE CONSTRUCTION        )
CORP., and McPEAKE MANAGEMENT,   )
LLC,                             )
                                 )
                    Defendants.  )
                                 )

## STIPULATION OF DISMISSAL

Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company and Defendants EKS Wall Systems, Inc., Centerpointe Construction Corp., McPeake Management, LLC, and Cincinnati Insurance Company, by their attorneys of record, hereby stipulate and agree that all claims and counterclaims between them in the above captioned action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted, this 21st day of July, 2020.

Nelson Mullins Riley & Scarborough, LLP

By: /s/ Christopher J. Blake
Christopher J. Blake
N.C. State Bar No. 16433
chris.blake@nelsonmullins.com
4140 Parklake Avenue, Ste. 200
Raleigh, NC 27612
Phone: (919) 329-3800
Fax (919) 329-3799

*Attorneys for Ohio Security Insurance
Company and The Ohio Casualty Insurance
Company*

Bailey & Dixon, LLP

By: /s/ David S. Coates
David S. Coats
dcoats@bdixon.com
Post Office Box 1351
Raleigh, NC 27602

*Counsel for Centerpointe Construction Corp*

Pinto Coates Kyre & Bowers

By: /s/ Deborah J. Bowers
Deborah J. Bowers
dbowers@pckb-law.com
3203 Brassfield Road
Greensboro, NC 27410

*Counsel for Cincinnati Insurance Company*

Van Camp, Meacham & Newman, PLLC

By: /s/ Thomas M. Van Camp
Thomas M. Van Camp
thomasv@vancamplaw.com
Post Office Drawer 1389
Pinehurst, NC 28370

*Attorneys for McPeake Management, LLC*

Rosenwood, Rose & Litwak, PLLC

By: /s/ Nancy S. Litwak
Nancy S. Litwak
nlitwak@rosenwoodrose.com
1712 Euclid Avenue
Charlotte, NC 28203

*Counsel for EKS Wall Systems, Inc.*

2